# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **KREG MITTEIS, Husband; RENEE MITTEIS, Wife; and BINGER TRUCKING COMPANY, INC., A Nebraska Corporation;**<br><br>Plaintiffs,<br><br>vs.<br><br>**CONTINENTAL WESTERN INSURANCE COMPANY, an Iowa Corporation;**<br><br>Defendant. | 8:22CV75<br><br>**ORDER** |

Counsel for the parties have advised the court that mediation has been scheduled for October 11, 2023. Accordingly,

**IT IS ORDERED**:

1. The planning conference scheduled for September 14, 2023, is cancelled.
2. On or before **October 18, 2023**, the parties shall notify the Court regarding the outcome of mediation. If mediation is unsuccessful, the parties shall request to schedule planning conference to discuss case progression, dispositive motions, and the trial and pretrial conference settings.

Dated this 14th day of September, 2023.

BY THE COURT:

s/Michael D. Nelson
United States Magistrate Judge